■ EAST RAMAPO CENTRAL SCHOOL DISTRICT, Respondent, v NEW YORK SCHOOLS INSURANCE RECIPROCAL, Appellant. [51 NYS3d 427]—Appeals from three orders of the Supreme Court, Nassau County (Stephen A. Bucaria, J.), entered March 28, 2014, June 18, 2014, and September 2, 2014, respectively.

Ordered that the appeals are dismissed, without costs or disbursements.

The appeals from the intermediate orders must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeals from the orders are brought up for review and have been considered on the companion appeal and cross appeal from the judgment (*see* CPLR 5501 [a] [1]; *East Ramapo Cent. Sch. Dist. v New York Schs. Ins. Reciprocal*, 150 AD3d 683 [2d Dept 2017] [decided herewith]). Leventhal, J.P., Maltese, LaSalle and Brathwaite Nelson, JJ., concur.